UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAWN MCDONALD, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV986 CDP |
| ) | |
| CITY OF FLORISSANT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On January 31, 2011, defendants City of Florissant and Andrew Gerwitz filed a Motion to Compel discovery. On that same date the defendants made an Offer of Judgment according to Federal Rule of Civil Procedure 68. I later deemed the initial Offer of Judgment a nullity. On February 16, 2011, the defendants made a second Offer of Judgment, which was accepted that same date by plaintiffs Dawn McDonald and A.B. Because the second Offer of Judgment was accepted I will enter judgment in favor of the plaintiffs and deny the motion pending prior to that acceptance as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Dawn McDonald shall have judgment against the defendants, jointly and severally, in the amount of $5,550.00 plus reasonable attorneys' fees and costs accrued as of February 16, 2011; and plaintiff A.B., by and through her Next Friend Dawn McDonald, shall have

judgment against the defendants, jointly and severally, in the amount of $1,050.00, plus reasonable attorneys' fees and costs accrued as of February 16, 2011.

**IT IS FURTHER ORDERED** that the defendants' Motion to Compel [#28] is **DENIED AS MOOT**.

A separate judgment in favor of the plaintiffs will be entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of February, 2011.