UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAWN MCDONALD, *et al.*, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV986 CDP |
| CITY OF FLORISSANT, *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff Dawn McDonald shall have judgment against the defendants, jointly and severally, in the amount of $5,550.00 plus reasonable attorneys' fees and costs accrued as of February 16, 2011; and plaintiff A.B., by and through her Next Friend Dawn McDonald, shall have judgment against the defendants, jointly and severally, in the amount of $1,050.00, plus reasonable attorneys' fees and costs accrued as of February 16, 2011.

*/s/ Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of February, 2011.