UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DAWN MCDONALD, et al.,** | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No. 4:10-cv-00986 CDP ) |
| **CITY OF FLORISSANT, MISSOURI, and ANDREW GERWITZ,** | ) ) ) ) |
| Defendants. | ) |

## Satisfaction of Judgments

Plaintiff Dawn McDonald and A.B, by counsel, hereby acknowledge full and complete satisfaction of the judgments and all costs herein.

_____
GREGORY G. FENLON #5243
7711 Bonhomme, Suite 300
St. Louis (Clayton), MO. 63105
(314) 862-7999; 862-8999 fax
GGFMOATTY@AOL.COM
Attorney for plaintiff

A copy of the foregoing was filed electronically this 20th day of June, 2011 and a copy to be served by operation of the Court's electronic filing system upon the following: Bradley R. McDill, attorney for defendants, bmcdill@kkhhb.com.

By  /s/ Gregory G. Fenlon