UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAWN MCDONALD, ) <br> ) <br> and ) <br> ) <br> A.B., by and through her Next ) <br> Friend Dawn McDonald, ) <br> ) <br>     Plaintiffs, ) <br> vs. ) <br> ) <br> CITY OF FLORISSANT, MISSOURI, ) <br> and ANDREW GERWITZ, ) <br> ) <br>     Defendants. ) | Cause No. 4:10-cv-00986 - CDP |

**MEMORANDUM REGARDING SATISFACTION OF JUDGMENT**

    1. On June 20, 2011 counsel for Plaintiffs filed a "Satisfaction of Judgments" acknowledging full and complete satisfaction of all judgments and all costs (Doc. # 45).

    2.  For clarification purposes, undersigned counsel wanted to bring to the Court's attention that "all costs" encompasses payment of attorney's fees awarded by the Court as well.

    3.  Defendants have satisfied all amounts which were owed to Plaintiff.

                                        Respectfully submitted,

                                        KING, KREHBIEL, HELLMICH
                                        & BORBONUS, LLC

                                        By: */s/ Bradley R. McDill*
                                        BRADLEY R. MCDILL  #61351MO
                                        2000 South Hanley Road
                                        St. Louis, MO 63144
                                        (314) 646-1110
                                        (314) 646-1122 (fax)
                                        E-mail: bmcdill@kkhhb.com
                                        *Attorneys for Defendants City of Florissant,*
                                        *Missouri and Andrew Gerwitz*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 23, 2011 a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to be served upon all counsel of record by operation of the Court's electronic filing system.

                                             /s/ Bradley R. McDill
                                             BRADLEY R. MCDILL